Court Name: United States District Court
Division: 1
Receipt Number: 14683050033
Cashier ID: sbrown
Transaction Date: 03/29/2016
Payer Name: LEGAL AID JUSTICE CENTER

------------------------------------

CIVIL FILING FEE
 For: LEGAL AID JUSTICE CENTER
 Amount:        $400.00

------------------------------------

CHECK
 Remitter: LEGAL AID JUSTICE CENTER
 Check/Money Order Num: 400240
 Amt Tendered:  $400.00

------------------------------------

 Total Due:      $400.00
 Total Tendered: $400.00
 Change Amt:       $0.00

 FILING FEE
 116CV344