# UNITED STATES DISTRICT COURT RECEIVED
for the
Eastern District of Virginia

2016 MAR 29 P 1: 25

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Roberto Claros, Fredy Zamorano, Osbaldo Lopez, Hector Andrade, and Mario Herrera Macurán

*Plaintiff(s)*

v.

Civil Action No. 1:16CV344

Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miae Koo
5833 Oak Leather Dr.
Burke, VA 22015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel. 703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
☑ *in by Sheriff*
2016 MAR 29 P 1: 24
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Roberto Claros, Fredy Zamorano, Osbaldo Lopez, Hector Andrade, and Mario Herrera Macurán

)
)
)
)
)
*Plaintiff(s)*
)
v. )  Civil Action No. 1:16cv344
)
Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Myung Kwan Koo
5833 Oak Leather Dr.
Burke, VA 22015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NICHOLAS MARRITZ
LEGAL AID JUSTICE CENTER
6066 LEESBURG PIKE, SUITE 520
FALLS CHURCH, VA 22041
703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

RECEIVED

2016 MAR 29 P 1: 20

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Roberto Claros, Fredy Zamorano, Osbaldo Lopez, Hector Andrade, and Mario Herrera Macurán

*Plaintiff(s)*

v.

Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo

*Defendant(s)*

Civil Action No. 1:16cv344

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sweet Home Improvements, Inc.
7700 Little River Turnpike #103
Annandale, VA 22003

Serve: Miae Koo, Registered Agent (same address)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Va. 22041
Tel: 703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*