020202

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Roberto Claros, Fredy Zamorano, Osbaldo Lopez, Hector Andrade, and Mario Herrera Macurán

*Plaintiff(s)*

v.

Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo

*Defendant(s)*

Civil Action No. 1:16cv344

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Myung Kwan Koo
5833 Oak Leather Dr.
Burke, VA 22015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NICHOLAS MARRITZ
LEGAL AID JUSTICE CENTER
6066 LEESBURG PIKE, SUITE 520
FALLS CHURCH, VA 22041
703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/29/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*


                                                    _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

## Return on Service

☐ Personal Service _____

☒ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purport. _____

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode or party named above after giving information of his purport. List name, age of recipient to party named above. _____

☒ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (other authorized recipient not found. _____

☐ Not Found _____

☐ Served on a secretary of the Commonwealth

Date: 9-6-16
Time: 853 A

Serving Officer: _[signature]_ 1218
For Stacey A Kincaid Sheriff Fairfax County VA.

AO 440 (Rev. 06/12) Summons in a Civil Action

020200

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ☒

Roberto Claros, Fredy Zamorano, Osbaldo Lopez, Hector Andrade, and Mario Herrera Macurán

*Plaintiff(s)*

v.

Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo

*Defendant(s)*

Civil Action No. 1:16CV344

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miae Koo
5833 Oak Leather Dr.
Burke, VA 22015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NICHOLAS MARRITZ
LEGAL AID JUSTICE CENTER
6066 LEESBURG PIKE, SUITE 520
FALLS CHURCH, VA 22041
TEL. 703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/29/16

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____ for services, for a total of $ 0.00 .

...ion is true.

_____
Server's signature

_____
Printed name and title

_____
Server's address

---

*[Overlaid stamp/form:]*

☐ **PERSONAL SERVICE**

☒ Being unable to make personal service a copy was delivered in the following manner:

☐ Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode or party named above after giving information of his purport. List name, age of recipient, and relation of recipient to party named above.
..........................................................
..........................................................

☒ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on a Secretary of the Commonwealth.

☐ Not found

*[signature]* /2-1-18
SERVING OFFICER

4-6-16
854 DATE ........ for *Sheriff H Hucke*
*Sheriff*

etc: