

# LEGAL AID
# JUSTICE CENTER

**Nicholas Marritz**
*Staff Attorney*



April 11, 2016

Clerk's Office
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re:   *Claros et al. v. Sweet Home Improvements, Inc., et al.*, No. 1:16-cv-344-AJT-MSN
       Return-of-Service Forms

Dear Clerk's Office:

Plaintiffs are in the process of having their complaint served via the Fairfax County Sheriff's Office. Enclosed please find return-of-service forms for the two individual defendants, Myung Kwan Koo and Miae Koo.

Thank you for your consideration of this matter.

Sincerely,

Nicholas C. Marritz
Counsel for Plaintiffs

6066 Leesburg Pike, Suite 520, Falls Church, VA 22041 | www.justice4all.org
Phone: 703-778-3450 | Fax: 703-778-3454 | Email: Nicholas@justice4all.org