AO 440 (Rev. 06/12) Summons in a Civil Action

020201

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

AH1: 4/7/16 C 11:50
no one present.
closed durant
= day.

n/a

Roberto Claros, Fredy Zamorano, Osbaldo Lopez, Hector Andrade, and Mario Herrera Macurán

)
)
)
)
)
*Plaintiff(s)*
)
v.
)
Civil Action No. 1:16cv344
)
Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sweet Home Improvements, Inc.
7700 Little River Turnpike #103
Annandale, VA 22003

Serve: Miae Koo, Registered Agent (same address)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Va. 22041
Tel: 703-720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/29/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 7700 Little River Turnpike
_____ on *(date)* 4/9/16 @ 1400 hrs ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: APR 9th 2016 1400    /s/ DSC
_____     _____
                           *Server's signature*

                           D.S. Church
                           _____
                           *Printed name and title*


                           _____
                           *Server's address*

Additional information regarding attempted service, etc:

Stacey A. Kincaid, Sheriff
Fairfax County, VA