

**LEGAL AID JUSTICE CENTER**

Nicholas Marritz
*Staff Attorney*



April 12, 2016

Clerk's Office
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re: *Claros et al. v. Sweet Home Improvements Inc., et al.*, No. 1:16-cv-344-AJT-MSN
Service of Process

Dear Clerk's Office:

Enclosed please find a confirmation form showing that the corporate defendant in this matter has been served. All defendants have now been served with process.

Thank you for your consideration of this matter.

Sincerely,

Nicholas C. Marritz
Counsel for Plaintiffs

6066 Leesburg Pike, Suite 520, Falls Church, VA 22041 | www.justice4all.org
Phone: 703-778-3450 | Fax: 703-778-3454 | Email: Nicholas@justice4all.org