IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ROBERTO CLAROS, et al.<br><br>　　Plaintiffs<br><br>v.<br><br>SWEET HOME IMPROVEMENTS, INC., et al.<br><br>　　Defendants | Case No. 1:16-cv-00344-AJT-MSN |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of all Defendants, Sweet Home Improvements, Inc., Myung Kwan Koo, and Miae Koo in the above referenced matter.

Respectfully submitted,

_____
Jason J. Huh, VSB 74483
Law Office of Jason J. Huh, PLLC
4101 Chain Bridge Road, Suite 214
Fairfax, VA 22030
(T) (703) 218-5404  (F) (703) 218-5413
attorneyhuh24@gmail.com

## CERTIFICATE OF SERVICE

On this April 27, 2016, I certify that a true copy of the foregoing Notice of Apperance was emailed and mailed, postage prepaid, to the following individual: Nicholas Cooper, Esq., and Simon Y Sandoval-Moshenberg, Esq., at LEGAL JUSTICE CENTER, 6066 Leesburg Pike, Ste. 520, Falls Church, VA 22041.

_____
Jason J. Huh