IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS,<br>JOSÉ CLAROS,<br>FREDY ZAMORANO,<br>OSBALDO LOPEZ,<br>HECTOR ANDRADE, and<br>MARIO HERRERA MACURÁN | JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | Civ. No: 1:16-cv-344-AJT-MSN |
| SWEET HOME IMPROVEMENTS, INC.,<br>MYUNG KWAN KOO, and<br>MIAE KOO | |
| Defendants | |

**CERTIFICATE OF SERVICE**

I certify that I served Plaintiffs' First Amended Complaint (ECF No. 5) on Defendants' counsel,

Jason Jin Huh, by U.S. Mail and email today, April 28, 2016, at the following address:

>Jason J. Huh, VSB 74483
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com

1

Respectfully submitted,


By: ___//s// Nicholas Cooper Marritz_____          Date: April 28, 2016
Nicholas Cooper Marritz (VSB No. 89795)
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 778-3450
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*