IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS et al.<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>SWEET HOME IMPROVEMENTS, LLC et al.<br><br>　　　Defendants | Civ. No: 1:16-cv-344-AJT-MSN |

### Notice of Motion to Strike Affirmative Defense of Fraud

PLEASE TAKE NOTICE that on Friday, June 3, 2016, at 10:00am, or as soon thereafter as counsel may be heard, plaintiffs, by counsel, will move this court to strike the defendant's affirmative defense of fraud [Dkt. #12].

Plaintiffs' counsel contacted defendants' counsel by e-mail on May 17, 2016, to obtain his consent to a hearing date in June, but defendants' counsel replied, "Fridays are motions day in Fairfax and it's very hard for me to free Fridays. My next available are 7/22, 8/5, 8/19." Pursuant to Local Rule 7(E), all motions must be heard within 30 days of their being filed. Also pursuant to that same rule, in any division that has a regularly scheduled motions day, the motion should be noticed for the first permissible motions day. July 22 is more than halfway through the discovery period in this case. Accordingly, plaintiffs' counsel is filing this Notice of Hearing Date without the consent of defendants' counsel.

Respectfully submitted,

LEGAL AID JUSTICE CENTER


By: //s//Simon Sandoval-Moshenberg	Date: May 19, 2016
Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 720-5605
Fax: (703) 778-3454
simon@justice4all.org
*Counsel for Plaintiffs*


# CERTIFICATE OF SERVICE

I certify that I uploaded the foregoing Notice of Motion to Strike Affirmative Defense of Fraud to the Court's CM/ECF system today, May 19, 2016, causing a Notice of Electronic Filing to be sent to Defendants' counsel:

> Jason J. Huh (VSB No. 74483)
> Law Office of Jason J. Huh, PLLC
> 4101 Chain Bridge Road, Suite 214
> Fairfax, VA 22030
> (703) 218-5404
> attorneyhuh24@gmail.com
> *Counsel for Defendants*


By: //s//Simon Sandoval-Moshenberg	Date: May 19, 2016
Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 720-5605
Fax: (703) 778-3454
simon@justice4all.org
*Counsel for Plaintiffs*