## ** CIVIL MOTION MINUTES **

Date: **6/03/2016**　　　　　　　　　Judge: **Trenga**
　　　　　　　　　　　　　　　　　Reporter: **R. Montgomery**
Time: **10:14 – 10:17**

Civil Action Number: **1:16-CV-344**

**ROBERTO S. CLAROS, et al**

vs.

**SWEET HOME IMPROVEMENTS, INC., et al**

Appearances of Counsel for Plaintiff.
Defendant not present.

Motion to/for:
Motion to Strike [10] Answer to Complaint Affirmative Defense of Fraud [12] by pltf.

Argued &
(**X**) Granted　　　( ) Denied　　　( ) Granted in part/Denied in part
( ) Taken Under Advisement　　　( ) Continued to

Pltf. requests the cost of this hearing be paid by deft. – DENIED.

(**X**) Order to Follow

Pltf.:　Nicholas Marritz　　　　　　　　Deft.: none
　　　　Simon Sandoval-Moshenberg