IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



ROBERTO CLAROS, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:16cv0344 (AJT/MSN)
)
SWEET HOME IMPROVEMENTS, )
INC., *et al.*, )
)
Defendants. )
_____)

## ORDER

This matter is before the Court on plaintiffs' Motion to Strike Affirmative Defense of Fraud (the "Motion") [Doc. No. 12]. Upon consideration of the Motion, the incorporated brief in support, and for the reasons stated in open court, it is hereby

ORDERED that plaintiffs' Motion to Strike Affirmative Defense of Fraud [Doc. No. 12] be, and the same hereby is, GRANTED; and it is further

ORDERED that the affirmative defense of fraud in the contract be, and the same hereby is, STRICKEN from the Answer to Plaintiffs' First Amended Complaint [Doc. No. 10, ¶ 99]; and it is further

ORDERED that plaintiffs' oral motion for an assessment of the associated fees and costs incurred in filing this Motion be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 3, 2016


CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA