UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., | |
| *Plaintiffs*, | **Case No: 1:16-cv-344-AJT-MSN** |
| v. | |
| SWEET HOME IMPROVEMENTS, INC., et al., | **Hearing Date**: July 1, 2016 |
| *Defendants* | 10:00 a.m. |

**Plaintiffs' Motion to Compel Discovery**

Plaintiffs served Defendants with discovery requests on May 4, 2016. Defendants have produced inadequate responses to the requests of four of the Plaintiffs, and no responses at all to the requests of the other two. After repeated attempts to resolve the issue out of court, Plaintiffs now move for an order compelling Defendants to respond.

If the motion is granted—or if Defendants provide their complete responses in advance of the hearing—Plaintiffs respectfully request that the Court require Defendants to pay Plaintiffs' expenses in bringing the motion, per Fed. R. Civ. P. 37(a)(5)(A).

Respectfully submitted,


//s// Nicholas Cooper Marritz                              Date: June 22, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on June 22, 2016, I uploaded the foregoing Plaintiff's Motion to Compel Discovery to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record. I also sent copies to Defendants' counsel by U.S. mail and email, at the following address:

> Jason Jin Huh
> Law Office of Jason J. Huh, PLLC
> 4101 Chain Bridge Road, Suite 214
> Fairfax, VA 22030
> attorneyhuh24@gmail.com
> *Counsel for Defendants*

//s// Nicholas Cooper Marritz                                         Date: June 22, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*