UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., | |
| *Plaintiffs*, | |
| v. | **Case No: 1:16-cv-344-AJT-MSN** |
| SWEET HOME IMPROVEMENTS, INC., et al., | |
| *Defendants* | **Hearing Date**: July 1, 2016<br>10:00 a.m. |

# NOTICE OF HEARING
## ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY

PLEASE TAKE NOTICE that on Friday July 1, 2016 at 10:00 a.m., or as soon thereafter as the

matter may be heard, the Court will hold a hearing on Plaintiffs' Motion to Compel Discovery.

Respectfully submitted,

//s// Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB No. 89795)                    Date: June 22, 2016
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

1