IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO S. CLAROS, et al.,

        Plaintiffs,

v.                            Civil No. 1:16-cv-00344-AJT-MSN

SWEET HOME IMPROVEMENTS, INC., et al.,

        Defendants.

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel (Dkt. No. 18). It is hereby

ORDERED that the hearing on the Motion is continued to 10:00 a.m. on Friday, July 8, 2016. Defendants' opposition, if any, remains due Wednesday, June 29, 2016. Plaintiffs' reply, if any, remains due Thursday, June 30, 2016.

ENTERED this 28th day of June, 2016.

                                                            /s/
                                             Michael S. Nachmanoff
                                        United States Magistrate Judge

Alexandria, Virginia