Date: <u>07/08/16</u>

Start: 1O:O2
Finish: 1O:1O

Judge: <u>Michael S. Nachmanoff</u>
Reporter: <u>FTR</u>

Civil Action Number: <u>1:16cv344</u>

<u>Roberto S. Claros, et al</u>

vs.

<u>Sweet Home Improvements, Inc., et al</u>

Appearances of Counsel for (X) Pltf (X) Deft
(  ) Matter is uncontested
Motion to/for:

#18 – Plaintiffs' Motion to Compel Discovery

Argued &
(X) Granted (  ) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to _____

Documents to be produced
w\in 14 days

No costs + fees imposed at this time

(  ) Report and Recommendation to Follow
(X) Order to Follow