IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO S. CLAROS, et al., )
)
Plaintiffs, )
v. ) Civil No. 1:16-cv-00344-AJT-MSN
)
SWEET HOME IMPROVEMENTS, )
INC., et al., )
)
Defendants. )

# **ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel (Dkt. No. 18). Having reviewed the record, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion is GRANTED. Defendants shall produce to Plaintiffs the requested bank records within fourteen (14) days of the entry of this order.

ENTERED this 8th day of July, 2016.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia