ROBERTO CLAROS et al.,

*Plaintiffs*,

v.

SWEET HOME IMPROVEMENTS, INC., et al.,

*Defendants*

**Case No:** 1:16-CV-344-AJT-MSN

**Hearing Date**: August 5, 2016
10:00 a.m.

**Motion for an Order to Show Cause, and for Sanctions**

On July 8, this Court granted Plaintiffs' motion to compel and ordered Defendants to produce certain bank records that Plaintiffs had requested in discovery—records that are highly probative of Plaintiffs' claims and damages. The Court ordered production within 14 days, but declined to award Plaintiffs their costs and fees.

The Court's deadline has come and gone, and Defendants have not produced the bank records. They have not described any steps they have taken to obtain the bank records—in fact, they have misrepresented under oath their efforts to do so. And they have not given Plaintiffs any indication as to when they might expect to receive the bank records. Accordingly, Plaintiffs now move for an order requiring Defendants to show cause why they should not be held in contempt of court.

Plaintiffs also seek sanctions against Defendants, in the form of the reasonable attorney's fees incurred in bringing not only this motion, but also their previously-granted motion to compel.

Accordingly, Plaintiffs request the following relief:

1. An order requiring Defendants to produce the bank records without further delay;
2. An order requiring Defendants to show cause why they should not be held in contempt;
3. An award of Plaintiffs' reasonable attorney's fees of $8,960 which were incurred in bringing not only this motion, but also Plaintiffs' previously-granted motion to compel; and
4. Any other relief the Court thinks just and proper.

Respectfully submitted,

/s/ Nicholas Cooper Marritz                                          July 27, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on July 27, 2016, I uploaded the foregoing Motion for an Order to Show Cause, and for Sanctions, to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

>Jason Jin Huh
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com
>*Counsel for Defendants*

<u>/s/ Nicholas Cooper Marritz</u>　　　　　　　　　　　　　　　　　　　　July 27, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*