# Nicholas Marritz

**From:** Nicholas Marritz
**Sent:** Monday, July 25, 2016 11:49 AM
**To:** Attorney Huh
**Subject:** Bank records

Dear Jason,

Your clients have not produced the bank records by July 22, as ordered by the Court. Please produce the records by Wednesday at noon. Otherwise, Plaintiffs will move the court to hold Defendants in contempt.

Sincerely,

Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: 703-720-5607
F: 703-778-3454
E: nicholas@justice4all.org



EXHIBIT A