# Nicholas Marritz

| | |
|---|---|
| **From:** | Nicholas Marritz |
| **Sent:** | Tuesday, July 26, 2016 1:32 PM |
| **To:** | 'Attorney Huh' |
| **Subject:** | Sweet Home Improvements - Bank Records |

Jason,

I left a message on your office answering machine today. It's now been four days since the court deadline elapsed for your clients to produce the bank records. By noon tomorrow, please (1) produce the records or (2) give me a status update as to the steps your clients have taken to retrieve the bank records and tell me when I can expect to receive them. Depending on your response, I may forego filing a motion to have your clients held in contempt of court. Otherwise, please make yourself available on August 5 for a hearing on the motion.

**Nicholas Marritz, Staff Attorney**
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: 703-720-5607
F: 703-778-3454
E: nicholas@justice4all.org



EXHIBIT B