**Nicholas Marritz**

| | |
|---|---|
| **From:** | Nicholas Marritz |
| **Sent:** | Tuesday, July 26, 2016 5:45 PM |
| **To:** | 'Attorney Huh' |
| **Subject:** | RE: Sweet Home Improvements - Bank Records |

Jason,

I understand, but he is already in violation of the order, and his deposition is in 3 weeks. If he hasn't made any effort to produce the documents, I need to know that now. Please tell your client that I am going to file the motion at noon tomorrow unless I hear some reason by that time why I should not do that.

Nick

**From:** Attorney Huh [mailto:attorneyhuh24@gmail.com]
**Sent:** Tuesday, July 26, 2016 4:42 PM
**To:** Nicholas Marritz <nicholas@justice4all.org>
**Subject:** Re: Sweet Home Improvements - Bank Records

Nick,

I will talk to my client again. It has been very hard trying to contact him. He is aware of the court order.

Jason

JASON J. HUH, ESQ.  허진 변호사
Law Office of Jason J. Huh, PLLC
4101 Chain Bridge Road, Ste. 214
Fairfax, VA 22030
(T) 703.218.5404  (F) 703.218.5413
Website: attorneyhuh24.com

CONFIDENTIALITY NOTICE: This message is for the use of the intended recipient only. It may be privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, you are asked to delete it and any unauthorized usage is strictly prohibited. The sender does not waive any legal privileges which attach hereto.

On Tue, Jul 26, 2016 at 1:32 PM, Nicholas Marritz <nicholas@justice4all.org> wrote:

Jason,



EXHIBIT D

1

I left a message on your office answering machine today. It's now been four days since the court deadline elapsed for your clients to produce the bank records. By noon tomorrow, please (1) produce the records or (2) give me a status update as to the steps your clients have taken to retrieve the bank records and tell me when I can expect to receive them. Depending on your response, I may forego filing a motion to have your clients held in contempt of court. Otherwise, please make yourself available on August 5 for a hearing on the motion.

**Nicholas Marritz, Staff Attorney**

Legal Aid Justice Center

6066 Leesburg Pike, Suite 520

Falls Church, VA 22041

T: 703-720-5607

F: 703-778-3454

E: nicholas@justice4all.org