UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., *Plaintiffs*, v. SWEET HOME IMPROVEMENTS, INC., et al., *Defendants* | **Case No:** 1:16-cv-344-AJT-MSN<br><br>**Hearing Date**: August 5, 2016<br>10:00 a.m. |

# NOTICE OF HEARING
## On Plaintiffs' Motion for an Order to Show Cause
## And for Sanctions

**Please take notice** that on Friday August 5, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiffs' Motion for an Order to Show Cause, and for Sanctions.

Respectfully submitted,

/s/ Nicholas Cooper Marritz                                        July 27, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*