Date: 08/08/16               Judge: Michael S. Nachmanoff
                             Reporter: FTR
Start: 3:45
Finish: 3:54

Civil Action Number: 1:16cv344

Roberto S. Claros, et al

vs.

Sweet Home Improvement, Inc., et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

#27 – Plaintiffs' Motion for an Order to Show Cause, and for Sanctions

Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

Fees + costs assessed

Documents to be produced by
8/12/16 @ 5pm

( ) Report and Recommendation to Follow
(X) Order to Follow