IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO S. CLAROS, et al., )
)
      Plaintiffs, )
  v. )   Civil No. 1:16-cv-00344-AJT-MSN
)
SWEET HOME IMPROVEMENTS, )
INC., et al., )
)
      Defendants. )
)

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Order to Show Cause (Dkt. No. 27). Having reviewed the record, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion is GRANTED. Defendants shall produce to Plaintiffs the requested bank records by 5:00 p.m. on Friday, August 12, 2016. It is further

ORDERED that Defendants shall bear Plaintiffs' costs related to this discovery dispute in the amount of $8,960.00, to be paid within thirty (30) days of the entry of this Order.

ENTERED this 8th day of August, 2016.

                                            /s/
                                   Michael S. Nachmanoff
                                  United States Magistrate Judge

Alexandria, Virginia