IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SWEET HOME IMPROVEMENTS, INC., et al., <br><br> Defendants | Case No. 1:16-cv-344-AJT-MSN |

**DEFENDANTS' RESPONSE TO MOTION FOR RULE TO SHOW CAUSE**

Defendants' Sweet Home Improvements, Inc., Myung K. Koo, and Mi Ae Koo, hereby submits this response to Motion for Rule to Show Cause from Roberto Claros, Jose Claros, Hector Andrade, and in support thereof states as follows:

1. The undersigned counsel received the Rule to Show Cause motion last Thursday, on August 18, 2016, in which the Plaintiffs asked that a Rule to Show Cause be set for this Friday, August 26, 2016. The undersigned counsel was not contacted prior to filing this motion as to his schedules for that day.

2. The undersigned counsel has a trial set for August 26, 2016, at Superior Court of District of Columbia, Landlord Tenant Branch, at Case No. 2016 LTB 018469, Saul Subsidiary II Limited Partnership v. Soon Lee, Yang et al. A true and correct copy of the court docket is attached as Exhibit "A" and incorporated herein.

3. The trial at D.C. Superior Court was set on August 15, 2016, prior to Plaintiffs' Rule to Show Cause that was filed on August 18, 2016.

1

4. The undersigned counsel is a solo practitioner and is unable to find substitute counsel for the D.C. court trial or the case at hand.

5. The undersigned counsel has informed Plaintiffs' counsel of the conflicting schedule but, as in the past, it does not appear Plaintiffs' counsel will agree to a continuance.

6. The undersigned counsel has informed his clients that they need to produce the documents requested by the court.

7. The Defendants respectfully asks this Honorable Court to reschedule the Rule to Show Cause to another date. Counsel's open dates are 8/29/16, 8/30/16, 8/31/16 and 9/6/16.

8. In the alternative, Defendants respectfully request that the matter be briefed and the court rule on the submitted briefs. If the court desires to see Defendants in person, Defendants can be present at the court on August 26, 2016, however without counsel, and relying on the briefs submitted.

9. Wherefore, Defendants respectfully request this Honorable Court to grant continuance for the Rule to Show Cause and or permit the parties to brief the argument.

SWEET HOME IMPROVEMENTS,
MYUNG KOO, AND MIAE KOO

By Counsel

_____
Jason J. Huh, VSB 74483
Law Office of Jason J. Huh, PLLC
4101 Chain Bridge Road, Suite 214
Fairfax, VA 22030
(T) 703-218-5404  (F) 703-218-5413
attorneyhuh24@gmail.com

## CERTIFICATE OF SERVICE

On this August 22, 2016, I certify that a true copy of the foregoing **DEFENDANTS' RESPONSE TO RULE TO SHOW CAUSE FROM ROBERTO CLAROS, JOSE CLAROS, and HECTOR ANDRADE** was emailed and mailed, postage prepaid, to the following individual: Nicholas Cooper Marritz, 6066 Leesburg Pike, Suite 520, Falls Church, VA 22041, nicholas@justice4all.org.

_____
Jason J. Huh

*D.C. Courts Home*

# Court Cases Online

Case Search for Person: KIM, JUNG

**Click here to view search criteria**

Search retrieved 33 cases in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2016 LTB 018469: SAUL SUBSIDIARY II LIMITED PARTNERSHIP Vs. SOON LEE, YONG, et al. | | | |
|---|---|---|---|
| Case Type: | Landlord & Tenant Branch | File Date: | 07/25/2016 |
| Status: | Open | Status Date: | 07/25/2016 |
| Disposition: | Undisposed | Disposition Date: | |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| SAUL SUBSIDIARY II LIMITED PARTNERSHIP | | Plaintiff | PRIMO, Ms HELEN M M |
| SOON LEE, YONG | JOHNNY'S DELI | Defendant | |
| LEE, KYUNG HEE | | Defendant | |
| KIM, JUNG | | Defendant | HUH, JASON |
| KIM, MYUNG J. | | Defendant | HUH, JASON |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 08/26/2016 | 10:30 AM | Ex Parte Proof Hearing |
| 08/26/2016 | 11:00 AM | Trial |

| Docket Date | Description | Messages |
|---|---|---|
| 08/15/2016 | Notice Mailed | Notice Mailed<br><br>Notice Of Hearing [L&T)]<br>Sent on: 08/15/2016 15:47:01.09 |
| 08/15/2016 | Event Scheduled | Event Scheduled<br>Event: Trial<br>Date: 08/26/2016 Time: 11:00 am<br>Judge: LANDLORD & TENANT COURTROOM Location: LandLord & Tenant Courtroom B-109 |
| 08/15/2016 | Ex Parte Proof Hearing Scheduled | Ex Parte Proof Hearing Scheduled<br>Event: Ex Parte Proof Hearing<br>Date: 08/26/2016 Time: 10:30 am<br>Judge: LANDLORD & TENANT JUDGE B-53 Location: Courtroom B-53 |
| 08/15/2016 | Default Entered @ | Default Entered at 9:53a.m. as to Kyung Hee Lee. |
| 08/15/2016 | Default Entered @ | Default Entered at 9:53 as to Yong Soon Lee. |
| 08/15/2016 | Event Resulted: | Event Resulted:<br>The following event: Initial Hearing scheduled for 08/15/2016 at 9:00 am has been resulted as follows:<br><br>Result: Initial Hearing Held; Both parties present. Plaintiff granted a default at 9:53a.m. as to Yong Soon Lee and Kyung Hee Lee only. Case continued until 8/26/2016 at 10:30a.m. for ExParte Proof. Clerk to notify defendant's. Case continued until 8/26/2016 at 11:00a.m. for Trial .<br>Judge: HOLEMAN, BRIAN F Location: LandLord & Tenant Courtroom B-109<br>SAUL SUBSIDIARY II LIMITED PARTNERSHIP (Plaintiff); JUNG KIM (Defendant); MYUNG J. KIM (Defendant); ; Ms HELEN M M PRIMO (Attorney) on behalf of SAUL SUBSIDIARY II LIMITED PARTNERSHIP (Plaintiff); JASON HUH (Attorney) on behalf of JUNG KIM, MYUNG J. KIM (Defendant) |
| 08/15/2016 | Praecipe Entering Attorney Appearance Filed | Praecipe Entering Attorney Appearance Filed<br>Attorney: HUH, JASON (1023857) |
| 08/05/2016 | Affidavit of Service of Summons & Complaint by Personal Service Filed | Affidavit of Service of Summons & Complaint by Personal Service Filed<br>Ms HELEN M M PRIMO (Attorney) on behalf of SAUL SUBSIDIARY II LIMITED PARTNERSHIP (Plaintiff) |
| 08/05/2016 | Affidavit of Service of Summons & Complaint by Personal Service Filed | Affidavit of Service of Summons & Complaint by Personal Service Filed<br>Ms HELEN M M PRIMO (Attorney) on behalf of SAUL SUBSIDIARY II LIMITED PARTNERSHIP (Plaintiff) |
| 08/05/2016 | Affidavit of Service of Summons & Complaint | Affidavit of Service of Summons & Complaint by Personal Service Filed |

| | | |
|---|---|---|
| | by Personal Service Filed | Ms HELEN M M PRIMO (Attorney) on behalf of SAUL SUBSIDIARY II LIMITED PARTNERSHIP (Plaintiff) |
| 08/04/2016 | Amended Affidavit Filed | Affidavit of Service of Notice to Quit |
| 08/03/2016 | Affidavit of Service of Summons & Complaint (Substituted Service) Filed | Affidavit of Service of Summons & Complaint (Substituted Service) Filed<br>Ms HELEN M M PRIMO (Attorney) on behalf of SAUL SUBSIDIARY II LIMITED PARTNERSHIP (Plaintiff) |
| 07/25/2016 | Event Scheduled | Event Scheduled<br>Event: Initial Hearing<br>Date: 08/15/2016 Time: 9:00 am<br>Judge: LANDLORD & TENANT COURTROOM Location: LandLord & Tenant Courtroom B-109 |
| 07/25/2016 | Complaint for Commercial Lease Filed | Complaint for Commercial Lease Filed<br>Ms HELEN M M PRIMO (Attorney) on behalf of SAUL SUBSIDIARY II (Plaintiff) Receipt: 387882 Date: 07/25/2016 |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 387882 | 07/25/2016 | PRIMO, Ms HELEN M M | Check | $15.00 | Cost | $15.00 | $15.00 |