UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

ROBERTO CLAROS et al.,

    *Plaintiffs,*

    v.

SWEET HOME IMPROVEMENTS, INC. et al.,

    *Defendants*

**Case No:** 1:16-cv-344-AJT-MSN

### Unopposed Motion for Approval of Individual Settlements by Plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán

Plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán ("the Settling Plaintiffs") have reached an agreement to settle their claims against Defendants Myung Kwan Koo and Sweet Home Improvements, Inc. ("the Settling Defendants") (collectively, "the settling parties"). The proposed settlement agreement is attached as **Exhibit A**.

Because the lawsuit includes claims under the Fair Labor Standards Act, the settling parties must submit their proposed settlement agreement for Court approval so that the Court may determine whether it is fair and reasonable. For the reasons set forth in the accompanying Memorandum of Law, the parties believe that their proposed settlement meets this standard of fairness.

1

Respectfully submitted,


/s/ Nicholas Cooper Marritz                                    August 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

---

## Certificate of Service

I hereby certify that on August 25, 2016, I uploaded the foregoing *Unopposed Motion for Approval of Individual Settlements by Plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán*, along with its accompanying exhibits, to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

> Jason Jin Huh
> Law Office of Jason J. Huh, PLLC
> 4101 Chain Bridge Road, Suite 214
> Fairfax, VA 22030
> attorneyhuh24@gmail.com
> *Counsel for Defendants*


/s/ Nicholas Cooper Marritz                                    August 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*