UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

ROBERTO CLAROS et al.,

   *Plaintiffs*,

v.

SWEET HOME IMPROVEMENTS, INC. et al.,

   *Defendants*

**Case No:** 1:16-cv-344-AJT-MSN

**Notice of Waiver of Oral Argument**

The settling parties waive oral argument on their motion for approval of the proposed settlement.

Respectfully submitted,

/s/ Nicholas Cooper Marritz                         August 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

1