IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:16-cv-344-AJT-MSN |
| ) | |
| SWEET HOME IMPROVEMENTS, INC., ) et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiffs' Motion for Order to Show Cause (Dkt. No. 34) is set for oral argument on Friday, September 2, 2016, at 10:00 a.m. As previously directed via telephone conference on Tuesday, August 23, 2016, it is hereby

ORDERED that Defendants Myung Kwan Koo, Miae Koo, and Sweet Home Improvements, Inc. appear at the hearing to be held this Friday, September 2, 2016 at 10:00 a.m.

A copy of this Order shall be sent to all counsel of record and to Defendants Myung Kwan Koo, Miae Koo, and Sweet Home Improvements, Inc.

ENTERED this 29th day of August 2016.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia