IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-00344 (AJT/MSN) |
| ) | |
| SWEET HOME IMPROVEMENTS, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is the parties' Unopposed Motion for Approval of Individual Settlements by Plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán [Doc. No. 37] (the "Motion"). Upon consideration of the Motion, having reviewed the Settlement Agreement and the parties' joint Memorandum of Law in support of the motion [Doc. No. 38], and being satisfied that the settlement is fair and reasonable, *see Lynn's Food Stores, Inc. v. United States* (679 F.2d 1350, 1353 (11th Cir. 1982)), it is hereby

ORDERED that the parties' Motion [Doc. No. 37] be, and the same hereby is, GRANTED; and it is further

ORDERED that plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán file a Stipulation of Dismissal in accordance with the parties' Settlement Agreement.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 31, 2016