Date: 09/02/16                     Judge: Michael S. Nachmanoff
                                   Reporter: FTR
Start: 10:02
Finish: 10:25

Civil Action Number: 1:16cv344

Robert S. Claros, et al

vs.

Sweet Home Improvements, Inc., et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

#34 – Plaintiffs Motion for Order to Show Cause

Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

— Relief requested by plaintiffs - Granted

— Discovery will not be extended.
— Deft prohibited from presenting evidence that contradicts the

( ) Report and Recommendation to Follow     evidence presented.
(X) Order to Follow      Burden remains w/ pltf to
                         establish the hours worked
                         for its claim.
                         Documents, photographs or videos
                         subject to requests that have
                         not been produced cannot be used
                         costs + fees imposed           e mail.