IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO S. CLAROS, et al.,

    Plaintiffs,

v.

SWEET HOME IMPROVEMENTS, INC., et al.,

    Defendants.

Civil No. 1:16-cv-344-AJT-MSN

## ORDER

This matter is before the Court on Plaintiffs' Motion for Order to Show Cause (Dkt. No. 34). Having reviewed the pleadings and heard the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion is GRANTED. As a result of the repeated discovery violations of the Defendants, the Court imposes the following sanctions:

(1) Defendants are precluded from offering evidence to contradict Plaintiffs' evidence regarding which weeks they worked and how much they were paid;

(2) Defendants are precluded from presenting any evidence that has not been produced as of the date of this Order; and

(3) Defendants shall bear Plaintiffs' reasonable costs and attorneys' fees related to this discovery dispute.

ENTERED this 6th day of September, 2016.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia