ROBERTO CLAROS et al.,

    *Plaintiffs*,

v.

SWEET HOME IMPROVEMENTS, INC., et al.,

    *Defendants*

**Case No:** 1:16-CV-344-AJT-MSN

**Hearing Date**: October 4, 2016
10:00 a.m.

## Motion for Summary Judgment
### By Plaintiffs José Claros, Roberto Claros, and Hector Antonio Andrade

Plaintiffs José Claros, Roberto Claros, and Hector Andrade worked for Defendants as hourly laborers in 2015, performing construction and remodeling work for Sweet Home clients on a full-time basis. But after Defendants failed to pay Plaintiffs for weeks of work that they had performed, Plaintiffs brought this lawsuit to recover the unpaid wages and other relief due them under the federal Fair Labor Standards Act and Virginia contract law. For the reasons set forth in the attached Memorandum, Plaintiffs respectfully request that the Court enter summary judgment for Plaintiffs on all of their claims, and grant them the following relief:

1. Award Plaintiff José Claros $7,309 for his four weeks of unpaid wages under the FLSA, jointly and severally against all Defendants. In the alternative, award José Claros $4,927 for these four weeks under Virginia contract law, against Defendant Sweet Home only.
2. Award Plaintiff Roberto Claros $5,911 for his four weeks of unpaid wages under the FLSA, jointly and severally against all Defendants. In the alternative, award Roberto Claros $4,067 for these four weeks under Virginia contract law, against Defendant Sweet Home only.

3. Award Plaintiff Hector Andrade $4,933 for his four weeks of unpaid wages under the FLSA, jointly and severally against all Defendants. In the alternative, award Mr. Andrade $4,70 for these four weeks, against Defendant Sweet Home only.

4. Award Plaintiffs their costs and reasonable attorney's fees under the FLSA.

5. Award Plaintiffs José and Roberto Claros an additional $600 each in contract damages under Virginia law, against Defendant Sweet Home only; and

6. Any other relief the Court thinks just and proper.

Respectfully submitted,

/s/ Nicholas Cooper Marritz					September 26, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

## Certificate of Service

I hereby certify that on September 26, 2016, I uploaded the foregoing *Motion for Summary Judgment By Plaintiffs José Claros, Roberto Claros, and Hector Antonio Andrade* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

>Jason Jin Huh
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com
>*Counsel for Defendants*

/s/ Nicholas Cooper Marritz                                September 26, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*