# Exhibit List: Plaintiffs' Statement of Facts in Support of Motion for Summary Judgment

| Exhibit | Title | Portion Cited |
|---|---|---|
| 1 | Amended Complaint, ECF No. 5 | ¶¶9, 15, 20, 21 |
| 2 | Answer to Amended Complaint, ECF No. 10 | ¶¶9, 15, 20, 21 |
| 3 | Declaration of Plaintiff José Claros ("J. Claros Decl.") | Entire document |
| 4 | Declaration of Plaintiff Roberto Claros ("R. Claros. Decl.") | Entire document |
| 4-A | Photographs of carbon copies of Sweet Home paychecks made out to Roberto Claros | Entire document |
| 5 | Declaration of Plaintiff Hector Andrade ("Andrade Decl.") | Entire document |
| 5-A | Printouts of text messages between Plaintiff Hector Andrade and Defendant Myung Koo | Entire document |
| 6 | Excerpts of 30(b)(6) Deposition of Sweet Home Improvements, Inc. Designee Myung Koo ("Koo Dep.") | pp. 45, 46, 50, 52, 94, 182, 183, 194, 201, 205, 206, 216, 227, 228, 238, 239, 240 |
| 7 | Defendants' Supplemental Responses to José Claros's First Set of Discovery Requests to All Defendants ("Defs.' Supp. Responses to J. Claros"), | Answer to Interrogatories 5, 10, 12, 16 |
| 8 | Defendants' Initial Responses to Roberto Claros's First Set of Discovery Requests to All Defendants ("Defs.' Initial Responses to R. Claros"). | Answer to Interrogatories 3, 4, 5, 9, 10, 11, 16, 17, 20 |
| 9 | Defendants' Initial Responses to Hector Andrade's First Set of Discovery Requests to All Defendants ("Defs.' Initial Responses to Andrade"). | Answer to Interrogatories 10, 11, 16, 17, 20 |
| 10 | Defendants' Initial Responses to José Claros's First Set of Discovery Requests to All Defendants ("Defs.' Initial Responses to J. Claros") | Answer to Interrogatories 5, 10, 11, 20 |
| 11 | Defendants' Supplemental Responses to Roberto Claros's First Set of Discovery Requests to All Defendants ("Defs.' Supp. Responses to R. Claros") | Answer to Interrogatories 5, 12, 16 |
| 12 | Defendants' Supplemental Responses to Hector Andrade's First Set of Discovery Responses to All Defendants ("Defs.' Supp. Responses to Andrade") | Answer to Interrogatories 10, 11, 16 |