Exhibit 2

Answer to Amended Complaint (Excerpts)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ROBERTO CLAROS,
FREDY ZAMORANO,
OSBALDO LOPEZ,
HECTOR ANDRADE, and
MARIO HERRERA MACURAN,

     Plaintiffs

v.

SWEET HOME IMPROVEMENTS, INC.,
MYUNG KWAN KOO, and
MIAE KOO

     Defendants

Case No. 1:16-cv-00344-AJT-MSN

## ANSWER, NEW MATTER, AFFIRMATIVE DEFENSE OF DEFENDANTS SWEET HOME IMPROVEMNTS, INC., MYUNG KWAN KOO, and MIAE KOO, TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Sweet Home Improvements, Inc. ("Sweet Home"), Myung Kwan Koo, and

Miae Koo (collectively "Defendants"), by undersigned counsel, answer the first amended

complaint filed by the above named Plaintiffs in the above referenced matter as follows:

### ANSWER

1.     This paragraph calls for legal conclusion to which no response is necessary.  To

the extent a response is necessary, it is denied and Defendants demand strict proof at trial.

2.     Admitted.

3.     Admitted.

2.     After reasonable investigation, Defendants can neither confirm nor deny said

allegations and said allegations are denied, and Defendants demand strict proof at trial.[1]

---

[1] Plaintiff has numbered what would have been the 4th paragraph as 2nd paragraph.  Defendants will follow Plaintiff's format when answering the complaint.

3.      After reasonable investigation, Defendants can neither confirm nor deny said allegations and said allegations are denied, and Defendants demand strict proof at trial.

4.      After reasonable investigation, Defendants can neither confirm nor deny said allegations and said allegations are denied, and Defendants demand strict proof at trial.

5.      After reasonable investigation, Defendants can neither confirm nor deny said allegations and said allegations are denied, and Defendants demand strict proof at trial.

6.      After reasonable investigation, Defendants can neither confirm nor deny said allegations and said allegations are denied, and Defendants demand strict proof at trial.

7.      After reasonable investigation, Defendants can neither confirm nor deny said allegations and said allegations are denied, and Defendants demand strict proof at trial

8.      After reasonable investigation, Defendants can neither confirm nor deny said allegations and said allegations are denied, and Defendants demand strict proof at trial.

9.      Admitted.

10.     Admitted.

11.     Admitted in part, Denied in part.  Admit Miae Koo was a Sweet Home director and registered agent at the time relevant to this litigation.  Deny that she is currently a director or registered agent.

12.     Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     Admitted in part, Denied in part.  Admit Sweet Home hired Plaintiffs as independent contractors. Deny they were wage employees of Sweet Home.

17.     Admitted in part, Denied in part.  Admit Sweet Home hired Plaintiffs to work on projects.  Deny they were wage employees with regular schedule.

18.     Admitted.

19.     Admitted in part, Denied in part.  Admit Defendants paid Plaintiffs with 1099 form.  Deny they were paid wages.

20.     Admitted.

21.     Admitted.

22.     Admitted.

23.     Denied, demand strict proof at trial.

24.     Denied, demand strict proof at trial.

25.     Denied, demand strict proof at trial.

26.     Denied, demand strict proof at trial.

27.     Denied, demand strict proof at trial.

28.     Denied, demand strict proof at trial.

29.     Denied, demand strict proof at trial.

30.     Denied, demand strict proof at trial.

31.     Denied, demand strict proof at trial.

32.     Denied, demand strict proof at trial.

33.     Denied, demand strict proof at trial.

34.     Denied, demand strict proof at trial.

35.     Denied, demand strict proof at trial.