# Exhibit 5-A

# Text Messages Between Hector Andrade And Myung Koo

**Back (72)**   **Oficina**   **Contact**

> Ok grasias!!!

Tue, Apr 28, 12:58 PM

> Monday 0 , tuesday 8, wednesday 6, thursday 9, friday 10 = 33 total hours working very hard.

Tue, May 12, 10:27 AM

> Hector
> M-8

**Back (72)**     **Oficina**     **Contact**

> 33 total hours working very hard.

Tue, May 12, 10:27 AM

> Hector
> M-8
> T -10
> W-8
> T -9
> F -8
> S -8
> Tatal 51 hours.

**Back (72)**     **Oficina**     **Contact**

> Oscar O Villalobos

Tue, May 19, 5:22 PM

> M 9 t 8 w 8 t 11 f 9 s 8
> Total 53 hour

Wed, May 27, 6:23 PM

> Monday May 18, 9hours, Tuesday 8, Wednesday 10, Thursday 7 total 34 hours

Wed, May 27, 2:36 PM

**I'm in a meeting.**

Mon, Jun 1, 6:52 PM

**I'm in a meeting.**

> Please call me

> My mama is in hospital and i need to pay my rent please

I told you

> hospital and I need to pay my rent please

I told you
I am very hard time right now !
You spend money around $6,500.
Only one or two jobs
Please wait until finish MD job
As soon as I got a money I will give you.

> I can way... You pay

After 5pm

Mon, Jun 15, 6:15 PM

We already sent mail your check .
If you get the check let me know.
Still We have electric problem.
But We will see!

Please call me

To what adress ??

**Back (72)**     **Koo**     **Contact**

let me know.
Still We have electric problem.
But We will see!

> Please call me

> To what adreess ??

In our file that address.

> How long a go?

> Why you don call me

> How long a go?

> Why you don call me to pick up in your office? Please call me Mr Koo

Thu, Jun 18, 4:07 PM

> If I don't have my mony by tomorrow I going to go to star make legal action nex

> Mr Koo

Thu, Jun 18, 4:07 PM

> If I don't have my mony by tomorrow I going to go to star make legal action nex Monday morning

Fri, Jun 26, 9:47 AM

> Me Koo please call me