Exhibit 6

30(b)(6) Deposition of
Sweet Home Improvements, Inc.

Deponent: Myung Koo

(Excerpts)

1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                      Alexandria Division

4       - - - - - - - - - - - - -x

5    ROBERTO CLAROS,            :

6    et al.,                    :

7            Plaintiffs,        :

8       v.                      :    Civil Action No.

9    SWEET HOME               :    1:16-cv-344-AJT-MSN

10   IMPROVEMENTS, Inc.,        :

11   et al.,                    :

12           Defendants.    :

13      - - - - - - - - - - - - -x

14

15      Deposition of MYUNG KWAN KOO, Corporate Designee

16                 Falls Church, Virginia

17               Tuesday, August 16, 2016

18                     10:25 a.m.

19

20   Job No.: 117898

21   Pages: 1 - 248

22   Reported By: Roanna L. Ossege

2

1       Deposition of MYUNG KWAN KOO, held at the

2    offices of:

3

4

5         LEGAL AID JUSTICE CENTER

6         6066 Leesburg Pike, Suite 520

7         Falls Church, Virginia 22041

8         703.720.5607

9

10

11

12

13       Pursuant to notice, before Roanna L. Ossege,

14    Notary Public in and for the Commonwealth of

15    Virginia.

16

17

18

19

20

21

22

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

3

1              A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFFS CLAROS, ET AL:

3        NICHOLAS MARRITZ, ESQUIRE

4        SIMON SANDOVAL-MOSHENBERG, ESQUIRE

5        LEGAL AID JUSTICE CENTER

6        6066 Leesburg Pike, Suite 520

7        Falls Church, Virginia 220141

8        703.778.3454

9

10     ON BEHALF OF DEFENDANTS SWEET HOME, ET AL:

11       JASON J. HUH   ESQUIRE

12       LAW OFFICE OF JASON J. HUH, PLLC

13       4101 Chain Bridge Road, Suite 214

14       Fairfax, Virginia 22030

15       703.218.5404

16

17     ALSO PRESENT:

18       Becky Wolozin, Esquire

19       Hanjoo Pinkston, Interpreter

20

21

22

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

5

1              P R O C E E D I N G S

2              (Interpreter was sworn.)

3    WHEREUPON,

4                  MYUNG KWAN KOO

5    called as a witness, and having been first duly

6    sworn, was examined and testified as follows:

7        EXAMINATION BY COUNSEL FOR PLAINTIFFS

8    BY MR. MARRITZ:

9        Q  Good morning, Mr. Koo.  We're on the record.

10   The time is 10:25 a.m., and we are at the offices of

11   the Legal Aid Justice Center.

12          THE INTERPRETER:  Okay.  He said that he

13   understood 80 or 90 percent of English, so every

14   time he doesn't understand, maybe he can just eye

15   contact me.  Is that okay with you guys?

16          MR. MARRITZ:  I think for the sake of having

17   a good, clean record, we should have the proceedings

18   take place either with interpretation of everything

19   or nothing.  I think that having it on a

20   case-by-case basis is just going to confuse both the

21   witness, the court reporter, you, me and everyone in

22   the room.

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

45

1   difficult.  I have the same issue.

2       So, just so it's clear:  Mr. Koo, do you

3   negotiate and sign contracts with homeowners --

4       A  Yes, I do.

5       Q  -- and other property owners?  Okay.

6       Are you responsible for hiring and firing

7   workers?

8       A  I do.

9       Q  And subcontractors?

10      A  Yes.

11      Q  Does anyone else have hiring and firing

12  power at Sweet Home.

13      A  Just this guy, Myung Koo, M-Y-U-N-G K-O-O.

14  Crazy Koo.

15      Q  Very good.  Who sets -- do you set the hours

16  for the workers who work for your company?

17      A  Yeah, I do.

18      Q  Okay.  Do you set the workers' pay rates?

19      A  I do.

20      Q  Do you decide whether the workers will

21  receive cash or check for their construction work?

22      A  Yeah, I do.

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

46

1     Q  Okay.  Do you supervise the construction

2  workers?

3     A  I do.

4     Q  Do you supervise their helpers?

5     A  Yes, I do.

6     Q  Do you authorize payments for building

7  materials that the workers -- the construction

8  workers need?

9     A  Yes, I do.

10     Q  Did you supervise the six workers who are

11  bringing this case?

12     A  Yeah, I -- I supervise.  This case is, you

13  know, a subcontract for Jose, not this guy.  So if I

14  subcontract -- and I cannot involve this Roberto.

15  This why it's a very crazy situation.  Roberto is

16  not -- not involved.  That's why this one is very

17  strange case.  Jose have to -- against me, that's

18  it.  But Roberto is the main subcontractor with the

19  -- against me, Sweet Home Improvements?  This why

20  it's a very -- very strange case.  And why I have to

21  involve this waste of time here?

22       Jose -- only Jose can, you know, against me,

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

50

1   Q  Mr. Koo, I had asked you, did you supervise

2   Jose Claros' work?

3   A  Yes, I does.

4   Q  Did you supervise Robert Claros' work?

5   A  Roberto?

6   Q  Yes.

7   A  I don't -- just -- I can't -- if I go there,

8   job site and then I can supervise Jose.  And then I

9   explain to him, he's low skill and please teach him.

10  Just, I can tell Jose to do something.

11  Q  Okay.  Did you supervise Mario Herrera

12  Macurán?

13  A  Mario?

14  Q  Mario, yes.  When I say Mario Herrera, do

15  you know who that is?

16  A  Mario is -- sorry about that.  Many same

17  name is -- you know, for all the person who is

18  there.  Jose -- ten or 15 Jose -- different Jose.

19  "I'm Jose."  And so, Mario, Mario, Mario, Mario.  So

20  Korean people cannot recognize that that person is

21  this person, is this, this, or this one-day person

22  or one-hour person -- sorry about that.  This is my

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

52

1    Q  Did you supervise him?

2    A  Yes, I does.

3    Q  Okay.  Did you supervise Osbaldo Lopez?

4    A  Yes, I does.

5    Q  Did you supervise Hector Antonio Andrade?

6    A  I does.  I do.

7    Q  Mr. Koo, do you sign worker's paychecks as

8  part of your job?

9    A  Yes, I -- I do.

10    Q  Does anyone else in the company have

11  paycheck signing authority?

12    A  Right now, just only me.

13    Q  Okay.  Before, did someone else have

14  paycheck signing authority?

15    A  Before, my wife does.  She does.  But right

16  now, only -- only me.

17    Q  When did that change happen?

18    A  One year or -- I don't know.

19    Q  About a year ago.  Okay.

20    Do you have other duties or responsibilities

21  as the president of Sweet Home?

22    A  Everything.  Material supplier and clean up

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

94

1   match and they don't have a problem in beginning of

2   time and finish time, and, you know, very smooth --

3   smooth, we can finish very smooth, and I can collect

4   money.

5        But customer -- customer does very gently,

6   you know, bring coffee or something.  And -- yeah.

7   And then if doesn't show up on time, if mess up

8   something, if my worker -- my guy -- crew, you know,

9   first, they break some -- some shower glass, and

10  there are a lot of things involved within, you know,

11  the case, customer very mad.  And then --

12       Q  Who does the customer call if a worker is

13  showing up late or if the worker makes a mistake?

14       A  All customer -- all customer, if they feel

15  not feel comfortable, they can text me and -- this

16  guy is very -- I cannot -- don't use this -- this

17  guy, and stop this worker.

18       Q  Oh, so, if a worker was causing a problem

19  you will say, I will take --

20       A  Yeah, I -- I would say, I will take off from

21  job site.  And they would say, please don't bring

22  that worker.

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

182

1      Q  I understand, Mr. Koo.  Were those all of

2   the acts of misconduct from Jose and Roberto --

3   well, for Jose Claros?

4      A  Yes.

5      Q  Thank you.  How often did you communicate

6   with Jose Claros during the time that he worked for

7   you?

8      A  Many times.  Many times.

9      Q  Okay.  Did you talk with him every day?

10     A  Yeah, every day.

11     Q  Multiple times a day?

12     A  Yeah, every day.  Every day.

13     Q  Did you talk with him by phone?

14     A  Phone and text message and come on in my

15   show room office.

16     Q  So in person?

17     A  Yeah.  I called him.

18     Q  Okay.  And would you tell him when you

19   needed him to be at a particular project -- at a

20   particular job site?  Would you say, Jose I need you

21   to be at the deck project today?

22     A  Depends on job progress, you know.  And I

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

183

1    decided in -- what's going on this job.  And the

2    other job, you may have to finish.  This one is more

3    important right now and -- you know?

4        Q   So in your supervision of --

5        A   Yes, yes, yes.

6        Q   -- the job project --

7        A   Yes.

8        Q   -- you would tell Jose --

9        A   Yes.

10       Q   -- where he was needed on a particular day?

11       A   Yes, yes.

12       Q   Thank you.  And would you check with him to

13   see if he needed materials or supplies?

14       A   Yes.

15       Q   Okay.  Would you check on the progress of

16   the work that he was doing?

17       A   Yes, I does -- I did.

18       Q   And would you tell him where you needed him

19   to go from one day to the next?

20       A   Yes.

21       Q   Okay.  What else did you communicate with

22   him about every day?

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

194

1    Why?  They mess up the job and I can hold money.

2    They can have -- they cannot have all money once a

3    week.  So that's why I -- I want to help them -- you

4    know, some -- your group.  So, you know, how -- how

5    much work you did?  And tell me.  I can -- I can

6    provide some money.

7       Q  And you would make those progress payments

8    to Jose and Roberto based on the hourly sheets that

9    they would submit to you; is that correct?

10      A  Yes.

11      Q  Thank you.  Mr. Koo, how long would you

12   maintain those -- those hourly time sheets for, when

13   Jose would submit them to you?

14      A  I think I told you two -- two, three years.

15      Q  So I take it then that you still have all of

16   their time sheets from all of last year?

17      A  I have to see.  It's different.  Normally, I

18   told you we have a lot of these time sheet problems.

19   But, you know, that's why 1099.  I give them -- you

20   know, this is subcontract.  So this amount is

21   subcontract amount.  Subcontract.  You know, if that

22   amount is -- I can figure out that amount of $5,000

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

201

1      Q  Did Roberto -- strike that.

2         Did Roberto work on the three projects that

3      you described, the deck project and the two sun room

4      projects?

5      A  Most of the time he worked -- sometimes he

6      brought his son so --

7      Q  Was this Roberto's son or Jose's son?

8      A  Jose's son.

9      Q  Okay.  I'm asking about Roberto now.  Did

10     Roberto work on the same three projects as his

11     brother?

12     A  Most of the time he did -- they did.  But

13     yeah, sometimes Jose decided don't bring.  So ten

14     days -- or when I go there he doesn't work there

15     so --

16     Q  And did you go to these job sites every day?

17     A  Yeah, every day.

18     Q  Okay.  I understand that Roberto wasn't

19     always there.  I'm just trying to get a complete

20     list of all of the projects that Roberto worked on,

21     even if he didn't work there at the same time as

22     Jose every single time.

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

205

1    Q   Let's say that you did not like the way that

2    a helper was working, could you tell a worker, do

3    not use that helper.  I do not want him on my

4    customer's property?

5    A   If -- if he is my own worker or not,

6    subcontractor -- I have a right -- because if entire

7    manner is not good and the house customer complains,

8    second guy, that guy not good, I have to talk to the

9    leader -- crew leader and subcontractor, and you

10   should be -- change that person, you know?  Or I

11   have to talk to him.  You know, if not, then my job

12   a mess up, mess up, mess up.  That's not good

13   situation, so yeah.

14   Q   Sounds good.  Did Roberto submit time sheets

15   for both him -- did Jose submit time sheets for both

16   himself and his brother?

17   A   Yes.  Like this.  This is one.  Jose -- only

18   Jose reported to me like this.

19   Q   So Roberto did not report his own hours to

20   you?

21   A   No.  If you see before my, you know, cell

22   phone, you cannot see Roberto and me communication.

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

206

1   He cannot speak English as well.  So just only Jose.

2       Q  I understand.

3       A  Yeah.

4       Q  So you said you communicated with Jose every

5   day during the time he worked for you.

6       A  Yeah.

7       Q  Did you communicate with Roberto during the

8   -- how often did you communicate with Roberto during

9   the time he worked for you?

10      A  Roberto is not my conversation guy, you

11  know.

12      Q  Did you ever speak to him?

13      A  No.  Just to -- you know, I have to talk to

14  Jose and Jose can, you know, communicate with him.

15      Q  I understand.

16      A  That's why I cannot understand his ways, you

17  know.  Stop working -- Jose.  After that still he

18  add some -- his labor was something.  That's why

19  this crazy.  He doesn't have any knowledge.  He

20  doesn't have any, you know, tool.  So how he can --

21  he can request -- after he leave, Jose -- Jose, crew

22  leader, subcontractor left.  Gone.  That time, how

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

216

1    talking about.

2        Q  My question is how much --

3        A  -- two weeks, he doesn't get the money.

4        Q  My question is, when you hired Hector, how

5    much did you tell him that you were going to pay

6    him?

7            (Discussion between interpreter and

8    witness.)

9            THE WITNESS:  $25 or -- $25 an hour?

10       Q  Okay.  And let's see.  Did Hector work with

11   any helpers?

12       A  No.

13       Q  Did you observe or supervise Hector's work?

14       A  Yes.

15       Q  Did you go to that job site?

16       A  Yes.

17       Q  How often did you go?

18       A  That's very far away.  Just two times per

19   day -- a day.

20       Q  Two times per day you would go there?

21       A  Yeah, uh-huh.

22       Q  What did you do when you got to the job

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

227

1    days and days?

2        A   Two or three years.  I don't know.

3        Q   Two or three years.  Okay.  So obviously --

4    did she have her phone during all of last year, for

5    example?

6        A   Yes, but very limited -- all information

7    is -- I kept this phone -- my phone -- was my phone.

8    But some of the pictures -- very big issue, big

9    problem.  I cannot have $18,000 -- this kind of

10   issue.  Sometimes I ask her, keep this picture.

11   That time, you know --

12       Q   So that was your back-up system for

13   important information --

14       A   Yes.

15       Q   -- you would just text it to your wife's

16   phone?

17       A   Yes, that's true.

18       Q   Thank you.  Let's see.  And, Mr. Koo, would

19   Hector report his hours of work to you?

20       A   Yes.

21       Q   Okay.  How did he report his hours to you?

22       A   Mostly text message.

228

1      Q  How often would he send you his hours?

2      A  Per week.

3      Q  And you paid him based on the hours he

4   submitted?

5      A  Yeah.  At the time, you know -- for him,

6   yeah.

7      Q  Okay.  And let's see.  What was the last day

8   that Hector worked for you?

9      A  Like, the -- June.  Around end of June.

10   Middle of June.  I'm -- I'm not sure.  That case,

11   final inspection failed at that time.  The time

12   period before -- before one week or two weeks, he --

13   I cannot see him.  I cannot contact with him.  And

14   disappear and took his tools everything so --

15      Q  Okay.  Hector says that around May -- that

16   his paycheck for the week of May 4th to May 10th

17   bounced, and that that check was --

18      A  May 4th?

19      Q  From May 4th to May 10th.  He says that his

20   paycheck for that week for 51 hours bounced.  Is

21   that true?

22      A  I think that time we ask him and -- keep

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

238

1      MR. HUH:  If the fines are paid and

2   everything else, yes.

3      Q  Mr. Koo, you had told us that some of the --

4   well, here --  is it true that you kept carbon

5   copies some of the paychecks that you used that

6   were -- that's a terrible question.

7      My understanding is that you paid some of

8   the workers in this case through company checks; is

9   that correct?

10     A  Yes.

11     Q  And my understanding is that you gave --

12  that you kept carbon copies of some of those

13  paychecks; is that correct?

14     A  I think -- I think so.  I think so.

15     Q  You provided --

16     A  We -- we understood all you want to do bank

17  or prove the check copy, so we couldn't try that,

18  you know, paycheck copy or something, you know?

19     Q  Are there any carbon copy -- you gave us

20  some carbon copy checks in discovery?

21     A  Uh-huh.

22     Q  Are there any carbon copy checks that you

Deposition of Corporate Designee, Myung Kwan Koo
Conducted on August 16, 2016

239

1   have that you have not given us?

2          MR. HUH:  That's related to this case?

3          MR. MARRITZ:  Yes, that are related to this

4   case.

5          THE WITNESS:  I think that's all.  But we

6   have more, I think.

7      Q  More that are related to this case?

8      A  I have to see first, you know.  We try to --

9   you know, this involve the check copy, but I have to

10  see more, you know.

11     Q  So you didn't search everywhere in your

12  officer when you were looking for these copies; is

13  that correct?

14     A  My wife was -- was searching everything, but

15  I didn't search, so I have to check one more time.

16     Q  Okay.  Is that related just to these check

17  copies, or for the entire case?  Was your wife the

18  one who did the search?

19     A  Yes.

20     Q  Did you do any search in response to these

21  document requests?

22     A  I does, but I have limited time.  Just work

240

1    and sales and clean up job site and then provide

2    materials.  So this all kind of thing I have to do.

3    Even though -- if you are the six guys lawyer and if

4    you -- if you killing me, whatever, and I cannot

5    prepare right now.  No time and tired.  And just --

6    you know?

7          MR. HUH:  Just -- you had your wife search

8    for it, correct?

9          THE WITNESS:  Yes.

10         MR. HUH:  Just answer then.  I mean --

11   BY MR. MARRITZ:

12       Q  One more question about the carbon copies.

13   As you sit here, do you think that there are more

14   carbon copies related to these six workers that you

15   have not given us yet?

16       A  We give to you all, but I have to find a

17   little bit, if I have some.

18       Q  Okay.  So you're not sure?

19       A  Yeah, I'm not sure.

20       Q  Okay.  Let's see.  If a worker -- if a

21   construction worker on a Sweet Home project is not

22   -- doesn't show up for work, do they have to notify