UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROBERTO CLAROS et al.,

    *Plaintiffs,*

    v.

SWEET HOME IMPROVEMENTS, INC.,
et al.,

    *Defendants*

**Case No:** 1:16-CV-344-AJT-MSN

**Hearing Date:** October 14, 2016
10:00 a.m.

### Notice of Hearing Re:
### Plaintiffs' Motion for Summary Judgment

**Please Take Notice** that on October 14, 2016 at 10:00 a.m., or as soon thereafter as the

matter may be heard, the Court will hold a hearing on Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

September 27, 2016

1

## Certificate of Service

I hereby certify that on September 27, 2016, I uploaded the foregoing *Notice of Hearing Re: Plaintiffs' Motion for Summary Judgment* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

> Jason Jin Huh
> Law Office of Jason J. Huh, PLLC
> 4101 Chain Bridge Road, Suite 214
> Fairfax, VA 22030
> attorneyhuh24@gmail.com
> *Counsel for Defendants*

/s/ Nicholas Cooper Marritz                                     September 27, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

2