UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., *Plaintiffs*, v. SWEET HOME IMPROVEMENTS, INC., et al., *Defendants* | **Case No:** 1:16-cv-344-AJT-MSN<br><br>**Hearing Date**: October 14, 2016<br>10:00 a.m. |

## Motion to Enforce Payment of Sanctions and to Enforce Settlement Agreement

The Court has ordered Defendants to pay $10,220 in sanctions due to their persistent failure to obey the Court's discovery orders. Defendants have not paid any of the sanctions. The Court has also approved a settlement agreement that would resolve three of the Plaintiffs' claims. Defendants are now in default of the agreement, having failed to make even a single payment.

Wherefore, Plaintiffs now seek the following relief:

1. An order to have Defendants' $10,220 in sanctions reduced to judgment so that Plaintiffs may begin collections procedures;

2. Entry of judgment against the Defendants Sweet Home Improvements, Inc. and Myung Koo pursuant to the parties' Settlement Agreement (ECF No. 38-1), in the following amounts: $1,335 to Plaintiff Lopez, $1,566 to Plaintiff Zamorano, $1,720 to Plaintiff Herrera, and $3,816 to the Legal Aid Justice Center;

3. Such additional sanctions as the Court may deem necessary, in its sound discretion, to ensure compliance with its orders; and

4. The fees and costs of this motion.

1

Respectfully submitted,

/s/ Nicholas Cooper Marritz                                              October 3, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on October 3, 2016, I uploaded the foregoing *Motion to Enforce Payment of Sanctions and to Enforce Settlement Agreement* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

>Jason Jin Huh
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com
>*Counsel for Defendants*

/s/ Nicholas Cooper Marritz	October 3, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*