**Nicholas Marritz**

| | |
|---|---|
| From: | Attorney Huh <attorneyhuh24@gmail.com> |
| Sent: | Wednesday, September 07, 2016 3:04 PM |
| To: | Nicholas Marritz |
| Subject: | Re: Recapping our call |

Nick,

The email summarizes our conversation today. I will ask my client if they can pay by 9/16. Thank you.

Jason

WE WILL BE MOVING TO A NEW LOCATION ON 09/22/2016 !!!!!

The new office address and phone number is as follows:

7700 Leesburg Pike, Ste. 119
Tysons Corner, VA 22043
(T) 703.288.1515  (F) 703.288.1516

(C) 703.376.1372 and attorneyhuh24@gmail.com stays the same.

JASON J. HUH, ESQ.  허진 변호사
Law Office of Jason J. Huh, PLLC
4101 Chain Bridge Road, Ste. 214
Fairfax, VA 22030
(T) 703.218.5404  (F) 703.218.5413
Website: attorneyhuh24.com

CONFIDENTIALITY NOTICE: This message is for the use of the intended recipient only. It may be privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, you are asked to delete it and any unauthorized usage is strictly prohibited. The sender does not waive any legal privileges which attach hereto.

On Wed, Sep 7, 2016 at 2:33 PM, Nicholas Marritz <nicholas@justice4all.org> wrote:

Hi Jason,

Thanks for the call just now. To recap, we agreed that Defendants will pay Plaintiffs $1,600 in fees for this latest discovery motion. We didn't talk about the date for payment, though. I suggest that your clients pay the

1

$1,600 by September 16, which is also the date of their first settlement payment under the Herrera-Lopez-Zamorano agreement. Will your clients agree to make payment by that date?

██████████████████████████████████████████████████ 

(Redacted per FRE 408)

Sincerely,

**Nicholas Marritz, Staff Attorney**

Legal Aid Justice Center

6066 Leesburg Pike, Suite 520

Falls Church, VA 22041

T: 703-720-5607

F: 703-778-3454

E: nicholas@justice4all.org