# Nicholas Marritz

**From:** Nicholas Marritz
**Sent:** Wednesday, September 28, 2016 11:45 AM
**To:** 'Attorney Huh'
**Subject:** Sweet Home - Discovery Sanctions

Dear Jason,

As I reminded you on our phone call of September 8, your clients were ordered to pay $8,620 in discovery sanctions by September 7. That deadline passed three weeks ago, and we still have not received any payment whatsoever.

There is also the matter of the sanctions for Plaintiffs' third motion: on our phone call of September 7, we agreed that Plaintiffs' reasonable attorney's fees for that motion were $1,600. Plaintiffs suggested a date of September 16 for payment, and you agreed to consult with your client about that date. You never got back to me about this matter, and we have not received any payment of these sanctions either.

If Defendants have not paid the full sanctions amount ($10,220) by 5 p.m. on Friday, September 30, Plaintiffs will file a fourth motion, hearing to be held October 14 (the same date as the summary-judgment hearing).

Sincerely,

**Nicholas Marritz, Staff Attorney**
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: 703-720-5607
F: 703-778-3454
E: nicholas@justice4all.org



EXHIBIT D