## Nicholas Marritz

**From:** Nicholas Marritz
**Sent:** Monday, September 19, 2016 11:07 AM
**To:** 'Attorney Huh'
**Subject:** Notice of Delinquency

Jason,

This is about the Lopez/Zamorano/Herrera settlement in *Sweet Home*. Per our agreement, your clients' initial settlement payment of $2,400 was due by Friday, September 16. Your clients have not made the payment, and this email serves as a notice of their delinquency. Per the agreement, your clients can still avoid a default if they make the first payment within five business days of today, i.e. on or before Monday September 26. But if your clients still haven't made their first payment by that time, we will be forced to get the court involved.

Please, Jason, just have them get us the payment on time, like they promised to do. It will only make life easier for everyone involved.

Sincerely,

**Nicholas Marritz, Staff Attorney**
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: 703-720-5607
F: 703-778-3454
E: nicholas@justice4all.org



