UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., | |
| *Plaintiffs,* | **Case No:** 1:16-CV-344-AJT-MSN |
| v. | |
| SWEET HOME IMPROVEMENTS, INC., et al., | **Hearing Date**: October 14, 2016<br>10:00 a.m. |
| *Defendants* | |

**Notice of Hearing:
Motion to Enforce Payment of Sanctions
and to Enforce Settlement Agreement**

**Please take notice** that, on October 14, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiffs' Motion to Enforce Payment of Sanctions and to Enforce Settlement Agreement.


Respectfully submitted,


/s/ Nicholas Cooper Marritz                                    October 3, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on October 3, 2016, I uploaded the foregoing *Notice of Hearing: Motion to Enforce Payment of Sanctions and to Enforce Settlement Agreement* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

>Jason Jin Huh
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com
>*Counsel for Defendants*

/s/ Nicholas Cooper Marritz                                     October 3, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*