# ** CIVIL MOTION MINUTES **

Date: **10/14/2016**                     Judge:   **Trenga**
                                         Reporter:   **R. Montgomery**
Time: **10:15 – 10:20**


Civil Action Number: **1:16-cv-344**


**ROBERTO S. CLAROS, et al**

**v.**

**SWEET HOME IMPROVEMENTS, INC., et al**

Appearances of Counsel for Plaintiff's and Defendant


Motion to/for:
Motion for Summary Judgment [51] by pltf.
Motion to Enforce Judgment, Motion for Sanctions [55] by pltf.


Argued &
(**X**) Granted      ( ) Denied      ( ) Granted in part/Denied in part
( ) Taken Under Advisement      ( ) Continued to


As to the Motion for Sanctions, the Court will enter judgment in the amount of the
previously awarded sanctions.
As to the Motion for Summary Judgment, the deft.'s filed a statement of material facts as to
which there's no dispute.
The Court will enter judgment for the amounts set forth in the pltf.'s Motion for Summary
Judgment both as to those that had previously settled this matter and also as to the
remaining pltf.'s


(**X**) Order to Follow


Pltf.:  Nicholas Marritz               Deft.:  Jason Jin Huh