IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO CLAROS, *et al.*,       )
                                )
           Plaintiffs,          )
                                )
v.                              )   Civil Action No. 1:16-cv-00344 (AJT/MSN)
                                )
SWEET HOME IMPROVEMENTS, INC.,  )
*et al.*.                       )
                                )
           Defendants.          )
_____)

## ORDER

Pending before the Court are plaintiffs' Motion for Summary Judgment [Doc. No. 51] and Motion to Enforce Payment of Sanctions and to Enforce Settlement Agreement [Doc. No. 55] (collectively, the "Motions'). Defendants did not file any opposition to the Motions. On Friday, October 14, 2016, the Court held a hearing on plaintiffs' Motions. Upon consideration of the Motions, the memoranda of law in support thereof, the arguments of counsel, and for the reasons stated in open court during the October 14, 2016 hearing, it is hereby

ORDERED that the plaintiffs' Motion for Summary Judgment [Doc. No. 51] be, and the same hereby is, GRANTED, and that judgment be, and the same hereby is, entered in the amounts of $7,309 to plaintiff José Claros, $5,911 to plaintiff Roberto Claros, and $4,933 to plaintiff Hector Andrade and against all defendants jointly and severally and $600 to plaintiff José Claros and $600 to plaintiff Roberto Claros and against defendant Sweet Home Improvements, Inc. only; and it is further

ORDERED that plaintiffs' Motion to Enforce Payment of Sanctions [Doc No. 55] be, and the same hereby is GRANTED, and that judgment be, and the same hereby is, entered in the amount of $10,220 against all defendants jointly and severally; and it is further

ORDERED that plaintiffs' Motion to Enforce Settlement Agreement [Doc. No. 55] be, and the same hereby is, GRANTED, and that judgment be, and the same hereby is, entered in the amounts of $1,335 to plaintiff Osbaldo Lopez, $1,566 to plaintiff Fredy Zamorano, $1,720 to plaintiff Mario Herrera Macurán, and $3,816 to the Legal Aid Justice Center and against all defendants jointly and severally.

The Clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of plaintiffs Roberto Claros, et al. and against defendants Sweet Home Improvements, Inc., et al. and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 14, 2016