## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS, et al )<br>Plaintiff, )<br> )<br>v. )<br> ) 1:16cv00344 (AJT/MSN)<br> )<br> )<br>SWEET HOME IMPROVEMENTS, INC., et al )<br>Defendants. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on October 14, 2016, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiffs, JOSE CLAROS in the amount of $7,309, ROBERTO CLAROS in the amount of $5,911, and HECTOR ANDRADE in the amount of $4,933 and against all the Defendants, jointly and severally; and $600 to Plaintiff JOSE CLAROS and $600 to Plaintiff ROBERTO CLAROS and against defendant SWEET HOME IMPROVEMENTS, INC. only.

| | |
|---|---|
| October 14, 2016 | FERNANDO GALINDO |
| Date | Clerk |
| | /s/ Janice L. Allen |
| | (By) Deputy Clerk |