## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS, et al )<br>Plaintiff, )<br> )<br>v. )<br> ) 1:16cv00344 (AJT/MSN)<br> )<br> )<br>SWEET HOME IMPROVEMENTS, INC., et al )<br>Defendants. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on October 14, 2016, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered against all defendants, SWEET HOME IMPROVEMENTS, INC. , et al, jointly and severally, in the amount of $10,220.

October 14, 2016                     FERNANDO GALINDO
Date                                             Clerk

                                                          /s/ Janice L. Allen
                                                          (By) Deputy Clerk