## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ROBERTO CLAROS, et al )<br>Plaintiff, )<br> )<br>v. )<br> ) 1:16cv00344 (AJT/MSN)<br> )<br> )<br>SWEET HOME IMPROVEMENTS, INC., et al )<br>Defendants. ) | |

### **JUDGMENT**

Pursuant to the order of this Court entered on October 14, 2016, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff's, OSBALDO LOPEZ in the amount of $1,335, FREDY ZAMORANO in the amount of $1,566, and MARIO HERRERA MACURAN in the amount of $1,720 and to the LEGAL AID JUSTICE CENTER in the amount of $3,816, and against all the defendants, SWEET HOME IMPROVEMENTS, INC., et al, jointly and severally.

October 14, 2016                  FERNANDO GALINDO
Date                                             Clerk

                                                  /s/ Janice L. Allen
                                                  (By) Deputy Clerk