UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., *Plaintiffs*, v. SWEET HOME IMPROVEMENTS, INC., et al., *Defendants* | **Case No:** 1:16-CV-344-AJT-MSN <br><br> **Hearing Date**: Waived |

**Motion for Attorney's Fees and Costs**

Plaintiffs have prevailed in their FLSA case, and in their motions to enforce both the Court's discovery sanctions and the Settling Parties' settlement agreement. Each of these calls for an award of Plaintiffs' reasonable attorney's fees and costs. This motion is timely filed, and Plaintiffs have set out the basis for the fees and costs they now seek. Thus, Plaintiffs respectfully request that the Court grant them the following relief:

1. $12,480 in attorney's fees;
2. $2,083.20 in costs; and
3. Any other relief the Court thinks just and proper.

Respectfully submitted,

/s/Nicholas Cooper Marritz        October 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

---

**Certificate of Service**

I hereby certify that on October 25, 2016, I uploaded the foregoing *Memorandum in Support of Motion for Attorney's Fees and Costs* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

>  Jason Jin Huh
>  Law Office of Jason J. Huh, PLLC
>  4101 Chain Bridge Road, Suite 214
>  Fairfax, VA 22030
>  attorneyhuh24@gmail.com
>  *Counsel for Defendants*

/s/ Nicholas Cooper Marritz        October 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*