UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

ROBERTO CLAROS et al.,

*Plaintiffs,*

v.

SWEET HOME IMPROVEMENTS, INC., et al.,

*Defendants*

Case No: 1:16-CV-344-AJT-MSN

### Declaration of Nicholas Marritz, Esq.

1. My name is Nicholas Cooper Marritz (VSB No. 89795). I am over 18 years of age and competent to make this declaration.

2. I am a staff attorney with the Immigrant Advocacy Program at the Legal Aid Justice Center (LAJC). I am a 2011 graduate of the University of Washington School of Law. I have been admitted to practice law in California since June 2012 and in Virginia since December 2015. I was admitted to practice before this Court in January 2016.

3. As a staff attorney with LAJC, a large part of my docket consists of plaintiff-side litigation under the Fair Labor Standards Act, in both state and federal court.

4. I am fluent in both English and Spanish and communicate with Plaintiffs exclusively in Spanish.

5. Prior to joining LAJC, I served as a staff attorney with Farmworker Justice in Washington, D.C., representing low-wage immigrant farmworkers in federal courts across the country, including in the following cases involving the Fair Labor Standards Act:

1

- *Villalobos v. Calandri Sonrise Farms LP*, 2:12-cv-2615 (C.D. Cal.)
- *Smith v. Bulls-Hit Ranch & Farm*, 3:12-cv-449 (M.D. Fla.)
- *Jimenez v. GLK Foods, LLC*, 1:12-cv-209 (E.D. Wis.) and *Ramirez v. GLK Foods, LLC*, 1:12-cv-210 (E.D. Wis.)
- *Ruiz v. Fernandez*, 2:11-cv-3088 (E.D. Wash.) (not counsel of record)

6. I am currently counsel of record in one other FLSA case pending before this Court: *Espinoza Dubon v. Reliable Assets, Inc.*, No. 1:16-cv-1172-AJT-MSN.

7. I am seeking a rate of $320 per hour, which is the rate that Magistrate Judge Nachmanoff has previously approved for me in this case. *See* ECF No. 28-8, Declaration of Nicholas Marritz at ¶¶8 and 10 (seeking sanctions at a $320 hourly rate); ECF No. 33 (granting sanctions as requested).

8. I have also served as counsel in two previous FLSA cases before this Court; both Judge Ellis and Judge Brinkema approved a $320 hourly rate for my work. *See Avila Flores v. Rababeh*, No. 1:15-cv-1415-TSE-TCB (ECF Nos. 30–31), and *Rivas v. Saldivar & Assoc's, Inc.*, No. 1:16-cv-343-LMB-JFA (ECF No. 33).

9. Using our case-management software, JusticeServer, I reviewed all my time entries in this case, other those for which fees have already been awarded as sanctions or in settlement. In the exercise of billing discretion, I then eliminated various time entries, including all time entries related to planning case strategy and supervision with my co-counsel Simon Sandoval-Moshenberg, and all time spent by law student interns. I have also eliminated or reduced various other time entries in this case. Additionally, Mr. Sandoval-Moshenberg is not billing for any of his time spent on this case, in the exercise of billing discretion.

10. After making a good-faith evaluation of all recorded hours of I work performed in relation to the discovery disputes in this case, the chart accompanying this declaration lists only those time entries that I believe to have been fair and reasonably necessary.

11. Accordingly, I am seeking a fee award of 39 hours in this case. (39 hours) × ($320/hour) = **$12,480** in fees.

12. Plaintiffs have incurred compensable costs in the amount of **$2,083.20**, as shown by the chart accompanying this declaration.

13. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: _____  Date: October 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
**LEGAL AID JUSTICE CENTER**
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*

## *Attorney's Fees and Compensable Costs*

## *Claros et al. v. Sweet Home Improvements, Inc. (E.D. Va.)*

### Attorney's Fees
### (Adjusted for Billing Discretion)

| Date | Activity | Time |
| --- | --- | --- |
| 12/8/2015 | Intake interview of Roberto Claros* | 2 |
| 2/1/2016 | Intake interview of Hector Andrade* | 1.5 |
| 4/8/2016 | Initial interview of José Claros* | 1.1 |
| 4/9/2016 | Drafting amended complaint* | 0.3 |
| 4/11/2016 | Drafting amended complaint* | 0.3 |
| 4/27/2016 | Drafting amended complaint* | 1.4 |
| 8/4/2016 | Preparing for deposition | 1 |
| 8/10/2016 | Preparing for deposition | 2 |
| 8/15/2016 | Preparing for deposition | 1 |
| 8/16/2016 | 30(b)(6) deposition of Myung Koo | 6 |

---

\* The Court has already entered judgment on behalf of Plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán, based on a settlement agreement that included an award of attorney's fees for the intake interviews of those three Plaintiffs, as well as the drafting of the initial complaint. However, that settlement did *not* include fees for the intake interviews of the *non*-settling Plaintiffs, nor for the drafting of the *amended* complaint. *See* ECF No. 38–3 at 2 n.1 (Marritz Decl. in support of motion for approval of partial settlement agreement), and ECF No. 62 (judgment).

| | | |
|---|---|---|
| 9/8/2016 | Email to opposing counsel, advising him that Defendants' sanctions payment is overdue | 0.1 |
| 9/16/2016 | Drafting Motion for Summary Judgment | 1.5 |
| 9/19/2016 | Drafting Motion for Summary Judgment | 1.4 |
| 9/19/2016 | Sending Notice of Delinquency to opposing counsel re settlement agreement | 0.1 |
| 9/20/2016 | Drafting Motion for Summary Judgment | 1.4 |
| 9/21/2016 | Drafting Motion for Summary Judgment | 1.3 |
| 9/23/2016 | Drafting Motion for Summary Judgment | 2.2 |
| 9/23/2016 | Prepare declaration of R. Claros | 1 |
| 9/23/2016 | Prepare declaration of J. Claros | 1 |
| 9/23/2016 | Prepare declaration of H. Andrade | 1 |
| 9/25/2016 | Drafting Motion for Summary Judgment | 2.6 |
| 9/26/2016 | Drafting Motion for Summary Judgment | 3.6 |
| 9/28/2016 | Email to opposing counsel notifying him of defendants' default on the parties' settlement agreement. | 0.1 |
| 9/28/2016 | Email to opposing counsel demanding payment of previously-ordered sanctions | 0.1 |
| 9/29/2016 | Drafting motion for enforcement of settlement and sanctions | 1.4 |
| 9/30/2016 | Drafting motion for enforcement of settlement and sanctions | 0.5 |
| 10/3/2016 | Drafting motion for enforcement of settlement and sanctions | 1.1 |

| | | |
|---|---|---|
| 10/13/2016 | Preparing for summary judgment hearing | 0.5 |
| 10/14/2016 | Hearing: Motions for summary judgment, enforcement of settlement agreement, and enforcement of sanctions | 0.5 |
| 10/24/2016 | Preparing attorney's fee affidavit | 0.5 |
| 10/25/2016 | Drafting motion for attorney's fees and costs | 0.5 |
| **TOTAL ATTORNEY'S FEES** (39 hours) × ($320 per hour) = **$12,480** | | |

## Compensable Costs

| Date | Expense | Amount |
|---|---|---|
| 3/29/2016 | Filing Fee and Service of Process (Non-Settling Plaintiffs)* | $216.00 |
| 8/16/2016 | Korean interpreter for 30(b)(6) deposition | $585.00 |
| 8/16/2016 | Court reporter for 30(b)(6) deposition | $1,282.20 |
| **TOTAL COSTS: $2,083.20** | | |

* The Court has already entered judgment on behalf of Plaintiffs Osbaldo Lopez, Fredy Zamorano, and Mario Herrera Macurán, pursuant to a settlement agreement that included these Plaintiffs' share of the filing fee and service of process. *See* ECF No. 38–3 at 2 n.1 (Marritz Decl.) and ECF No. 62 (judgment).