# Nicholas Marritz

| | |
|---|---|
| **From:** | Simon Sandoval-Moshenberg |
| **Sent:** | Wednesday, August 17, 2016 6:09 PM |
| **To:** | Nicholas Marritz |
| **Subject:** | Fwd: Korean Interpreter for 8/16 |

For the casefile (costs)

Begin forwarded message:

> **From:** <cisnova@verizon.net>
> **Date:** August 17, 2016 at 5:50:26 PM EDT
> **To:** <simon@justice4all.org>
> **Subject: RE: Korean Interpreter for 8/16**
> **Reply-To:** <cisnova@verizon.net>
>
> Good afternoon!
>
> Thank you Simon for using our service!
> Please see credit card receipt below.
> Best regards,
> Minh
>
>
> ========= SECURITY STATEMENT ==========
> It is not recommended that you ship product(s) or otherwise grant services relying solely upon this e-mail receipt.
>
> ========= GENERAL INFORMATION =========
> Merchant : Court Interpreting Service LLC (914047)
> Date/Time : 17-Aug-2016 14:45:11 PDT
>
> ========= ORDER INFORMATION =========
> Invoice :
> Description : PV-LAJC 08.16.16
> Amount : 585.00 (USD)
> Payment Method: Visa xxxx1604
> Transaction Type: Authorization and Capture
>
> ============== Line Items ==============
>
> ============== RESULTS ==============
> Response : This transaction has been approved.
> Auth Code : 51158G
> Transaction ID : 20136748379
> Address Verification : AVS Not Applicable

1

==== CUSTOMER BILLING INFORMATION ===
Customer ID :
First Name : LEGAL AID
Last Name : JUSTICE CENTER
Company :
Address :
City :
State/Province :
Zip/Postal Code :
Country :
Phone :
Fax :
E-Mail :

COURT INTERPRETING SERVICE, LLC
P.O. Box 3132
Fairfax, Virginia 22038
703-222-5007
703-222-5123 (fax)

The information contained in this electronic mail message and all attachments is confidential information intended only for the use of the individual or entity named.
If you have received this communication in error, please immediately notify us and delete this message. Thank you.

On 08/17/16, Simon Sandoval-Moshenberg<simon@justice4all.org> wrote:

Please contact me directly, I have another credit card with a higher limit that you can run.


Thank you.


Best,




---Simon Y. Sandoval-Moshenberg---

Director, Immigrant Advocacy Program