

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 145209 | 9/7/2016 | 117898 |
| **Job Date** | **Case No.** | |
| 8/16/2016 | 1:16-CV-344-AJT-MSN | |
| **Case Name** | | |
| Claros, et al. -v- Sweet Home Improvements, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nicholas Marritz, Esquire
Legal Aid Justice Center
6066 Leesburg Pike
Suite 520
Falls Church, VA  22041

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Myung Kwan Koo, Corporate Designee | 280.00 | Pages | 1,302.00 |
| Exhibits | 58.00 | Pages | 20.30 |
| Shipping & Handling | | | 25.00 |
| Discount | | | -65.10 |
| **TOTAL DUE >>>** | | | **$1,282.20** |
| AFTER 10/7/2016  PAY | | | $1,346.31 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Nicholas Marritz, Esquire
Legal Aid Justice Center
6066 Leesburg Pike
Suite 520
Falls Church, VA  22041

| | | |
|---|---|---|
| Invoice No. | : | 145209 |
| Invoice Date | : | 9/7/2016 |
| **Total Due** | : | **$1,282.20** |
| AFTER 10/7/2016 PAY | | $1,346.31 |

| | | |
|---|---|---|
| Job No. | : | 117898 |
| BU ID | : | 01-MAIN |
| Case No. | : | 1:16-CV-344-AJT-MSN |
| Case Name | : | Claros, et al. -v- Sweet Home Improvements, Inc., et al. |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**