UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| ROBERTO CLAROS et al., | |
| *Plaintiffs*, | **Case No:** 1:16-CV-344-AJT-MSN |
| v. | |
| SWEET HOME IMPROVEMENTS, INC., et al., | **Hearing Date**: Waived |
| *Defendants* | |

### Notice of Waiver of Hearing on Motion
### for Attorney's Fees and Costs

WHEREAS Plaintiffs hereby waive hearing on their Motion for Attorney's Fees and Costs.


Respectfully submitted,


/s/Nicholas Cooper Marritz                                    October 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on October 25, 2016, I uploaded the foregoing *Notice of Waiver of Hearing on Motion for Attorney's Fees and Costs* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to Defendants' counsel of record:

> Jason Jin Huh
> Law Office of Jason J. Huh, PLLC
> 4101 Chain Bridge Road, Suite 214
> Fairfax, VA 22030
> attorneyhuh24@gmail.com
> *Counsel for Defendants*

/s/ Nicholas Cooper Marritz                                    October 25, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*