UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| ROBERTO CLAROS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SWEET HOME IMPROVEMENTS, INC., et al., <br><br> *Defendants* | **Case No:** 1:16-cv-344-AJT-MSN <br><br><br> **Hearing Date:** Waived |

**Plaintiffs' Motion for Entry of Judgment**

On October 14, 2016, the Court entered judgment for Plaintiffs in their Fair Labor Standards Act case. (ECF Nos. 59–62). On October 25, Plaintiffs moved the Court for their reasonable attorney's fees and costs. (ECF No. 63). Magistrate Judge Nachmanoff granted Plaintiffs' motion on November 3, awarding Plaintiffs reasonable attorney's fees of $12,480.00 and costs of $2,083.20. (ECF No. 66). More than 14 days have since passed since the order was entered, so Defendants can no longer object to it. *See* Fed. R. Civ. P. 72(a).

WHEREFORE, Plaintiffs now request that the Court reduce its award of attorney's fees and costs to judgment, so that Plaintiffs may begin collections procedures in state court.

Respectfully submitted,

//s// Nicholas Cooper Marritz                              Date: December 9, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

-2-

**Certificate of Service**

I hereby certify that on December 9, 2016, I uploaded the foregoing *Plaintiff's Motion for Entry of Judgment* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record:

>Jason Jin Huh
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com
>*Counsel for Defendants*

//s// Nicholas Cooper Marritz                    Date: December 9, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*