UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| ROBERTO CLAROS et al., *Plaintiffs*, v. SWEET HOME IMPROVEMENTS, INC., et al., *Defendants* | **Case No:** 1:16-cv-344-AJT-MSN **Hearing Date:** Waived |

**Notice of Waiver of Hearing**

Plaintiffs waive hearing on their Motion for Entry of Judgment (ECF No. 67).

Respectfully submitted,

//s// Nicholas Cooper Marritz                    Date: December 9, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

1

## Certificate of Service

I hereby certify that on December 9, 2016, I uploaded the foregoing *Notice of Waiver of Hearing* to the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record:

>Jason Jin Huh
>Law Office of Jason J. Huh, PLLC
>4101 Chain Bridge Road, Suite 214
>Fairfax, VA 22030
>attorneyhuh24@gmail.com
>*Counsel for Defendants*

//s// <u>Nicholas Cooper Marritz</u>      Date: December 9, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*