IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO CLAROS, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:16-cv-00344 (AJT/MSN)
)
SWEET HOME IMPROVEMENTS, INC., )
et al., )
)
    Defendants. )
)

## ORDER

Pending before the Court is Plaintiffs' Motion for Entry of Judgment [Doc. No. 67] (the "Motion"). On November 3, 2016, Magistrate Judge Nachmanoff granted Plaintiff's Motion for Attorney's Fees and Costs. [Doc. No. 66]. It appearing that more than fourteen (14) days have passed since the filing of that Order without Defendants filing any objection to it, it is hereby

ORDERED that judgment be, and the same hereby is, entered in favor of Plaintiffs Roberto Claros, et al. and against Defendants Sweet Home Improvements, Inc., et al. in the amount of $12,480 in attorney's fees and $2,083.20 in costs for a total of $14,563.20.

The Clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of plaintiffs Roberto Claros, et al. and against Defendants Sweet Home Improvements, Inc., et al. in the amount of $12,480 in attorney's fees and $2,083.20 in costs for a total of $14,563.20 and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 13, 2016