## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Roberto S. Claros, et al. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-00344 |
| Sweet Home Improvements, Inc., et al. | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on December 13, 2016 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of plaintiff's Roberto Claros, et al, and against Defendants Sweet Home Improvements, Inc., et al. in the amount of $12,480 in attorney's fees and $2,083.20 in costs for a total of $14.563.20.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Judith Lanham
Deputy Clerk

Dated: 12/13/2016
Alexandria, Virginia